FILED

DEC 0 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-009-PMP (PAL) |
| DASTAGIR KHOSRAW, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On December 6, 2011, defendant DASTAGIR KHOSRAW pled guilty to Count One of a Nine-Count Superseding Criminal Indictment charging him in Count One with Conspiracy to Commit Wire Fraud and Mail Fraud in violation of Title 18, United States Code, Sections 1341, and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), and Title 18, United States Code, Section 1349, a conspiracy to commit such offense, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Indictment and agreed to in the Plea Memorandum. Docket #16.

This Court finds that DASTAGIR KHOSRAW shall pay a criminal forfeiture money judgment of $317,231.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and . . . Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

1

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from DASTAGIR KHOSRAW a criminal forfeiture money judgment in the amount
3  of $317,231.00 in United States Currency.

4  DATED this 6h day of December, 2011.

UNITED STATES DISTRICT JUDGE